CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
PHILIP R. ERWIN, ESQ (11563)
pre@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant*
*FP Holdings, L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BIG CITY DYNASTY CORP. and RYAN RADDON,<br><br>Plaintiff,<br><br>vs.<br><br>FP HOLDINGS, L.P.,<br><br>Defendant. | Case No.: 2:19-cv-02078-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT FP HOLDINGS, L.P. TO FILE ITS RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs Big City Dynasty Corp. and Ryan Raddon and Defendant FP Holdings, L.P. ("FP") hereby STIPULATE to extend the time for FP to file its response to the Complaint (ECF No. 1). FP accepted service of the Complaint on December 5, 2019 (ECF No. 8), and its response thereto is currently due on December 26, 2019. If approved, the parties have agreed to an approximate five-day extension of time for FP to file its response to the Complaint, which would now be due on **December 31, 2019**. This is the first stipulation seeking to extend the subject deadline.

1

FP submits good cause exists to approve the requested stipulation as certain client representatives who are required to review FP's response for accuracy are out of the office for parts of the holiday season. FP further submits the requested brief extension of time is not interposed for purposes of delay.

DATED this 24th day of December, 2019.

                              SNELL & WILMER, L.L.P.

                              By  /s/ *Alex L. Fugazzi*
                                 ALEX L. FUGAZZI, ESQ. (9022)
                                 ALEEM A. DHALIA, ESQ. (14188)
                                 3883 Howard Hughes Parkway, Suite 1100
                                 Las Vegas, Nevada 89169

                              REED SMITH LLP
                              JORDAN W. SIEV, ESQ.
                              JOHN P. KENNEDY, ESQ.
                              599 Lexington Avenue, 22nd Floor
                              New York, NY 10022

                              *Attorneys for Plaintiffs*
                              *Big City Dynasty Corp. and Ryan Raddon*

                              CAMPBELL & WILLIAMS

                              By  /s/ *J. Colby Williams*
                                 DONALD J. CAMPBELL, ESQ. (1216)
                                 J. COLBY WILLIAMS, ESQ. (5549)
                                 PHILIP R. ERWIN, ESQ (11563)
                                 700 South Seventh Street
                                 Las Vegas, Nevada 89101

                              *Attorneys for Defendant*
                              *FP Holdings, L.P.*

IT IS SO ORDERED:

By_____
    UNITED STATES MAGISTRATE JUDGE

DATED:  December 26, 2019