UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BIG CITY DYNASTY CORP., et al.,
    Plaintiff(s),

v.

FP HOLDINGS, L.P.,
    Defendant(s).

Case No.: 2:19-cv-02078-APG-NJK

**Order**

[Docket No. 21]

Pending before the Court is Plaintiffs' motion for protective order. Docket No. 21. That motion indicates that the relief sought therein is similar to the relief sought through the pending motion for redaction. *See id.* at 2 (citing Docket No. 4). Concurrently herewith, the Court is issuing an order resolving the motion for redaction. The parties must meet and confer in light of that order to determine whether further Court action is required at this juncture with respect to the motion for protective order and/or whether a stipulation for protective order can be filed. Accordingly, the motion for protective order is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: April 1, 2020

                                    Nancy J. Koppe
                                    United States Magistrate Judge

1