UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BIG CITY DYNASTY CORP., et al.,

    Plaintiff(s),

v.

FP HOLDINGS, L.P.,

    Defendant(s).

Case No.: 2:19-cv-02078-APG-NJK

**ORDER**

    The order setting shortened deadlines for briefing discovery motions, Docket No. 26, is hereby **VACATED**.[1]  The pending motion to compel, Docket No. 38, may instead be briefed pursuant to the default schedule in Local Rule 7-2(b).

    IT IS SO ORDERED.

    Dated: August 11, 2020

                                Nancy J. Koppe
                                United States Magistrate Judge

---

[1] Nothing herein alters the robust requirements for the meet-and-confer process.