# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BIG CITY DYNASTY CORP., et al.,

    Plaintiff(s),

v.

FP HOLDINGS, L.P.,

    Defendant(s).

Case No.: 2:19-cv-02078-APG-NJK

**Order**

    Pending before the Court is an order for Plaintiffs to show cause why the unredacted version of the complaint (Docket No. 2) should not be unsealed. Docket No. 43. Plaintiffs have now responded that they do not oppose unsealing. Docket No. 44. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal the unredacted complaint at Docket No. 2.

    IT IS SO ORDERED.

    Dated: September 24, 2020

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

1