CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
PHILIP R. ERWIN, ESQ (11563)
pre@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant*
*FP Holdings, L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BIG CITY DYNASTY CORP. and RYAN RADDON,

Plaintiff,

vs.

FP HOLDINGS, L.P.,

Defendant.

Case No.:  2:19-cv-02078-APG-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**(First Request)**

Plaintiffs Big City Dynasty Corp. and Ryan Raddon ("Plaintiffs") filed their Motion for Summary Judgment (ECF No. 46) on October 6, 2020.  The response of Defendant FP Holdings, L.P. ("FP," and together with Plaintiffs, "the Parties") is presently due on Tuesday, October 27, 2020.  The Parties, by and through their respective counsel of record, stipulate and agree that FP shall have a 6-day extension of time to respond to the motion.  If approved by the Court, FP's response would now be due on Monday, November 2, 2020.  This is the first request seeking an extension of this deadline.

FP respectfully submits good cause exists for this brief extension as its counsel has been tied up taking and responding to expedited discovery in anticipation of a preliminary injunction

1

hearing set in a state court matter for mid-November.  FP further submits the requested extension is not for purposes of delay.

IT IS SO STIPULATED.

October 23, 2020.

CAMPBELL & WILLIAMS

By _/s/ J. Colby Williams_
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
PHILIP R. ERWIN, ESQ (11563)
700 South Seventh Street
Las Vegas, Nevada 89101

_Attorneys for Defendant_
_FP Holdings, L.P._

October 23, 2020

SNELL & WILMER, L.L.P.

By _/s/ Alex L. Fugazzi_
ALEX L. FUGAZZI, ESQ. (9022)
ALEEM A. DHALLA, ESQ. (14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

REED SMITH LLP
JORDAN W. SIEV, ESQ.
JOHN P. KENNEDY, ESQ.
599 Lexington Avenue, 22nd Floor
New York, NY 10022

_Attorneys for Plaintiffs_
_Big City Dynasty Corp. and Ryan Raddon_

IT IS SO ORDERED:

By _____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: ___October 23, 2020_____

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222  ●  Fax: 702.382.0540
www.campbellandwilliams.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Stipulation and [Proposed] Order to Extend Deadline to Respond to Plaintiffs' Motion for Summary Judgment** was served on the 23rd day of October, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *J. Colby Williams*
An employee of Campbell & Williams