UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIG CITY DYNASTY CORP. and RYAN RADDON,<br><br>    Plaintiffs<br><br>v.<br><br>FP HOLDINGS, L.P.,<br><br>    Defendant | Case No.: 2:19-cv-02078-APG-NJK<br><br>**Order Granting Motion to Redact**<br><br>[ECF No. 51] |

Defendant FP Holding, L.P. filed an opposition to the plaintiffs' motion for summary judgment and a countermotion for summary judgment. ECF Nos. 49, 50.  Exhibits 3 and 4 to those filings contain confidential information that FP Holdings redacted. ECF Nos. 49-5, 49-6, 50-5, 50-6.  FP Holdings now moves for permission to make those redactions. ECF No. 51.  FP Holdings has set forth compelling reasons to redact that information, consistent with the Ninth Circuit's standard for sealing in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).  I will allow the documents to remain filed as redacted.  However, so that the record is complete for appellate review, FP Holdings shall file unredacted versions of exhibits 3 and 4 under seal.

I THEREFORE ORDER that FP Holding's motion (**ECF No. 51**) **is granted.**  FP Holdings' filing of exhibits 3 and 4 in redacted format is permitted.

I FURTHER ORDER FP Holdings to file unredacted versions of exhibits 3 and 4 under seal by November 17, 2020.

DATED this 3rd day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE