**SNELL & WILMER L.L.P.**
Alex L. Fugazzi, Esq. (Nevada Bar #9022)
Aleem A. Dhalla, Esq. (Nevada Bar #14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
afugazzi@swlaw.com
adhalla@swlaw.com

**REED SMITH LLP**
Jordan W. Siev, Esq. (*Pro Hac Vice*)
John P. Kennedy, Esq. (*Pro Hac Vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
jsiev@reedsmith.com
jkennedy@reedsmith.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BIG CITY DYNASTY CORP. and RYAN RADDON,

Plaintiffs,

v.

FP HOLDINGS, L.P.,

Defendant.

Case No.: 2:19-cv-02078-APG-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT**

**(FIRST REQUEST)**

Plaintiffs Big City Dynasty Corp. and Ryan Raddon ("Plaintiffs") and Defendant FP Holdings, L.P. ("FP," and together with Plaintiffs, "the Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiffs filed a "Motion for Summary Judgment" ("Motion") on October 6, 2020.

2. Defendant filed a response to the Motion and Countermotion for Partial Summary Judgment ("Response") on November 2, 2020.

3. The Parties, by and through their respective counsel of record, stipulate and agree that Plaintiffs' shall have a 7-day extension of time to file their reply to the Response.

4. Thus, if granted, Plaintiffs' deadline to reply to the Response, currently November 16, 2020, shall be extended to and including **November 23, 2020**.



Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

This is the first request seeking an extension of this deadline. The parties respectfully submit that there is good cause for this extension due to the timing of the reply and counsel's respective schedules, and the requested extension is not for the purpose of delay.

IT IS SO STIPULATED.

Dated: November 12, 2020

SNELL & WILMER L.L.P.

By: */s/ Aleem A. Dhalla*
Alex L. Fugazzi, Esq. (Nevada Bar #9022)
Aleem A. Dhalla, Esq. (Nevada Bar #14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

REED SMITH LLP
Jordan W. Siev, Esq. (*Pro Hac Vice*)
John P. Kennedy, Esq. (*Pro Hac Vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022

*Attorneys for Plaintiffs*

Dated: November 12, 2020

CAMPBELL & WILLIAMS

By: */s/ J. Colby Williams*
Donald J. Campbell, Esq. (1216)
J. Colby Williams, Esq. (5549)
Philip R. Erwin, Esq. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendant FP Holdings, L.P.*

**ORDER**

IT IS SO ORDERED:

By: ______________________________
UNITED STATES DISTRICT COURT JUDGE

Dated: November 12, 2020

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this 12th day of November, 2020.

*/s/ D'Andrea Dunn*
An employee of SNELL & WILMER L.L.P.

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200