| | |
|---|---|
| **SNELL & WILMER L.L.P.** | **REED SMITH LLP** |
| Alex L. Fugazzi, Esq. (Nevada Bar #9022) | Jordan W. Siev, Esq. (*Pro Hac Vice*) |
| Aleem A. Dhalla, Esq. (Nevada Bar #14188) | John P. Kennedy, Esq. (*Pro Hac Vice*) |
| 3883 Howard Hughes Parkway, Suite 1100 | 599 Lexington Avenue, 22nd Floor |
| Las Vegas, Nevada 89169 | New York, NY 10022 |
| Telephone: 702.784.5200 | Telephone: (212) 521-5400 |
| Facsimile: 702.784.5252 | Facsimile: (212) 521-5450 |
| afugazzi@swlaw.com | jsiev@reedsmith.com |
| adhalla@swlaw.com | jkennedy@reedsmith.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG CITY DYNASTY CORP. and RYAN RADDON, <br><br> Plaintiffs, <br><br> v. <br><br> FP HOLDINGS, L.P., <br><br> Defendant. | Case No.: 2:19-cv-02078-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** <br><br> **(FIRST REQUEST)** |

Plaintiffs Big City Dynasty Corp. and Ryan Raddon ("Plaintiffs") and Defendant FP Holdings, L.P. ("Defendant" and together with Plaintiffs, "the Parties"), by and through their respective counsel of record, stipulate and jointly request that the deadline for the parties to submit a joint pretrial order be extended 30 days to July 14, 2021.

Pursuant to the January 24, 2020 Stipulated Discovery Plan and Scheduling Order [ECF No. 24], the Parties have 30 days after the Court decides any dispositive motions within which to file the joint pretrial order pursuant to LR 26-1(b)(5). On May 14, 2021, the Court issued an Order Granting in Part the Plaintiffs' Motion for Summary Judgment and Denying the Defendant's Motion for Summary Judgment [ECF No. 62]. This means that the Parties must currently submit a joint pretrial order no later than June 14, 2021. On May 25, 2021, counsel for the Parties met telephonically to discuss the joint pretrial order deadline. For the following reasons, good cause exists to extend the deadline 30 days to July 14, 2021.

Good cause exists to extend the current deadline due to counsel for the Parties' respective scheduling conflicts. At present, Mr. Alex L. Fugazzi, counsel for Plaintiffs, is conducting multiple

4853-2867-3003

1  depositions for a case in which discovery closes on June 14, 2021 and has approximately ten
2  additional depositions. In a separate matter, Mr. Aleem A. Dhalla, counsel for Plaintiffs, has
3  discovery that closes on June 18, 2021 and has approximately six additional depositions.

4  For Defendant, its trial counsel at Campbell & Williams presently have a week-long bench trial with a firm setting scheduled to begin on June 21, 2021 in the Eighth Judicial District Court before the Honorable Elizabeth Gonzalez. Additionally, defense counsel have been busy finishing an answering brief due in the Nevada Supreme Court on May 27, 2021, and have an oral argument before the Nevada Supreme Court in a separate matter on June 10, 2021.

The preparation for the above (and other) pre-existing obligations and deadlines have made it challenging for the parties to meet to discuss and adequately complete the joint pretrial order by the current deadline. For the foregoing reasons, the parties respectfully submit there is good cause to extend the deadline to file a joint pretrial order to July 14, 2021.

IT IS SO STIPULATED.

Dated: May 27, 2021

SNELL & WILMER L.L.P.

By: */s/ Aleem A. Dhalla*
Alex L. Fugazzi, Esq. (Nevada Bar #9022)
Aleem A. Dhalla, Esq. (Nevada Bar #14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

REED SMITH LLP
Jordan W. Siev, Esq. (*Pro Hac Vice*)
John P. Kennedy, Esq. (*Pro Hac Vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022

*Attorneys for Plaintiffs*

Dated: May 27, 2021

CAMPBELL & WILLIAMS

By: */s/ J. Colby Williams*
Donald J. Campbell, Esq. (1216)
J. Colby Williams, Esq. (5549)
Philip R. Erwin, Esq. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*FP Holdings, L.P.*

4853-2867-3003

# ORDER

The deadline for the Parties to file a joint pretrial order pursuant to LR 26-1(b)(5) is extended to July 14, 2021

IT IS SO ORDERED.

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated: May 27, 2021

4853-2867-3003