| | |
|---|---|
| **SNELL & WILMER L.L.P.** | **REED SMITH LLP** |
| Alex L. Fugazzi, Esq. (Nevada Bar #9022) | Jordan W. Siev, Esq. (*Pro Hac Vice*) |
| Aleem A. Dhalla, Esq. (Nevada Bar #14188) | John P. Kennedy, Esq. (*Pro Hac Vice*) |
| 3883 Howard Hughes Parkway, Suite 1100 | 599 Lexington Avenue, 22nd Floor |
| Las Vegas, Nevada 89169 | New York, NY 10022 |
| Telephone: 702.784.5200 | Telephone: (212) 521-5400 |
| Facsimile: 702.784.5252 | Facsimile: (212) 521-5450 |
| afugazzi@swlaw.com | jsiev@reedsmith.com |
| adhalla@swlaw.com | jkennedy@reedsmith.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG CITY DYNASTY CORP. and RYAN RADDON, | Case No.: 2:19-cv-02078-APG-NJK |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| v. | |
| FP HOLDINGS, L.P., | **(SECOND REQUEST)** |
| Defendant. | |

Plaintiffs Big City Dynasty Corp. and Ryan Raddon (collectively, "Plaintiffs") and Defendant FP Holdings, L.P. ("Defendant" and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, stipulate and jointly request that the deadline for the Parties to submit a joint pretrial order be extended one (1) week to July 21, 2021.

Pursuant to the May 27, 2021 Stipulation and Order to Extend Deadline to File Joint Pretrial Order [ECF No. 64], the deadline to file the joint pretrial order is July 14, 2021. Plaintiffs have sent a draft of the joint pretrial order to Defendant, and Defendant has returned comments on the first half of Plaintiffs' draft of the pretrial and intends to have comments on the second half of Plaintiffs' draft over to Plaintiffs shortly. The Parties expect to exchange at least one more round of drafts of the joint pretrial order before it is finalized.

4849-1361-3553

Thus, as demonstrated above, the Parties are diligently working towards a comprehensive joint pretrial order. The Parties have exchanged drafts and are working towards resolving disputes regarding both the issues to be presented for trial sections, as well as issues regarding exhibits, with the goal of presenting the best possible joint order to the Court. However, the Parties anticipate needing an additional week to resolve these issues and, therefore, respectfully request a short extension to finalize the order. For the foregoing reasons, the Parties believe there is good cause to extend the deadline to file a joint pretrial order to July 21, 2021.

IT IS SO STIPULATED.

Dated: July 9, 2021

SNELL & WILMER L.L.P.

By: */s/ Aleem A. Dhalla*
Alex L. Fugazzi, Esq. (NV Bar #9022)
Aleem A. Dhalla, Esq. (NV Bar #14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

REED SMITH LLP
Jordan W. Siev, Esq. (*Pro Hac Vice*)
John P. Kennedy, Esq. (*Pro Hac Vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022

*Attorneys for Plaintiffs*

Dated: July 9, 2021

CAMPBELL & WILLIAMS

By: */s/ J. Colby Williams*
Donald J. Campbell, Esq. (NV Bar #1216)
J. Colby Williams, Esq. (NV Bar #5549)
Philip R. Erwin, Esq. (NV Bar #11563)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendant
FP Holdings, L.P.*

4849-1361-3553

**ORDER**

The deadline for the Parties to file a joint pretrial order pursuant to LR 26-1(b)(5) is extended to July 21, 2021

IT IS SO ORDERED.

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2021

4849-1361-3553