**SNELL & WILMER L.L.P.**
Alex L. Fugazzi, Esq. (Nevada Bar #9022)
Aleem A. Dhalla, Esq. (Nevada Bar #14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
afugazzi@swlaw.com
adhalla@swlaw.com

**REED SMITH LLP**
Jordan W. Siev, Esq. (*Pro Hac Vice*)
John P. Kennedy, Esq. (*Pro Hac Vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
jsiev@reedsmith.com
jkennedy@reedsmith.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG CITY DYNASTY CORP. and RYAN RADDON,<br><br>       Plaintiffs,<br><br>v.<br><br>FP HOLDINGS, L.P.,<br><br>       Defendant. | Case No.: 2:19-cv-02078-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

Plaintiffs Big City Dynasty Corp. and Ryan Raddon (collectively, "Plaintiffs") and Defendant FP Holdings, L.P. ("Defendant" and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, stipulate and jointly request that the deadline for the Parties to submit a joint pretrial order be extended two (2) days to July 23, 2021. This will be the final request regarding this matter.

Pursuant to the July 12, 2021 Stipulation and Order to Extend Deadline to File Joint Pretrial Order [ECF No. 68], the deadline to file the joint pretrial order is July 21, 2021. Plaintiffs have sent a draft of the joint pretrial order to Defendant, and Defendant has returned comments on that first draft. The Parties have now exchanged another round of drafts and attended a telephonic meet and confer on July 20, 2021 to discuss final issues regarding the joint pretrial order. The parties intend on exchanging one more round of drafts and gathering some additional information to finalize the joint pretrial order but require two additional days to make these final changes.

///

4825-1587-5570

Thus, as demonstrated above, the Parties are diligently working towards, and are very close to, finalizing the joint pretrial order. Only a few issues remain that require exchanging an additional draft. To that end, the Parties anticipate needing two additional days to resolve these issues and, therefore, respectfully request a short, final extension. For the foregoing reasons, the Parties believe there is good cause to extend the deadline to file a joint pretrial order to July 23, 2021.

**IT IS SO STIPULATED.**

Dated:  July 20, 2021                                              Dated:  July 20, 2021

    SNELL & WILMER L.L.P.                                    CAMPBELL & WILLIAMS

By: */s/ Alex L. Fugazzi*                                                By: */s/ J. Colby Williams*
    Alex L. Fugazzi, Esq. (NV Bar #9022)                   Donald J. Campbell, Esq. (NV Bar #1216)
    Aleem A. Dhalla, Esq. (NV Bar #14188)                  J. Colby Williams, Esq. (NV Bar #5549)
    3883 Howard Hughes Parkway, Suite 1100                 Philip R. Erwin, Esq. (NV Bar #11563)
    Las Vegas, Nevada 89169                                700 South Seventh Street
                                                           Las Vegas, Nevada 89101
    REED SMITH LLP
    Jordan W. Siev, Esq. (*Pro Hac Vice*)                  *Attorneys for Defendant*
    John P. Kennedy, Esq. (*Pro Hac Vice*)                 *FP Holdings, L.P.*
    599 Lexington Avenue, 22nd Floor
    New York, NY 10022

*Attorneys for Plaintiffs*

**ORDER**

The deadline for the Parties to file a joint pretrial order pursuant to LR 26-1(b)(5) is extended to July 23, 2021

**IT IS SO ORDERED.**

By: _____
     UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2021

4825-1587-5570