1   **SNELL & WILMER L.L.P.**                    **REED SMITH LLP**
2   Alex L. Fugazzi, Esq. (Nevada Bar #9022)     Jordan W. Siev, Esq. (*Pro Hac Vice*)
    Aleem A. Dhalla, Esq. (Nevada Bar #14188)    John P. Kennedy, Esq. (*Pro Hac Vice*)
3   3883 Howard Hughes Parkway, Suite 1100       599 Lexington Avenue, 22nd Floor
    Las Vegas, Nevada 89169                      New York, NY 10022
    Telephone:  702.784.5200                     Telephone: (212) 521-5400
4   Facsimile:  702.784.5252                     Facsimile: (212) 521-5450
    afugazzi@swlaw.com                           jsiev@reedsmith.com
5   adhalla@swlaw.com                            jkennedy@reedsmith.com

6   *Attorneys for Plaintiffs*

7                   **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9   BIG CITY DYNASTY CORP. and RYAN          Case No.: 2:19-cv-02078-APG-NJK
    RADDON,
10
                        Plaintiffs,          **PRETRIAL ORDER**
11
                  v.
12
    FP HOLDINGS, L.P.,
13
                        Defendant.
14

15  After pretrial proceedings in this case,

16          **IT IS ORDERED:**

17                              **I.**

18          **This is an action for:**

19          Plaintiff Ryan Raddon ("Raddon") is an internationally-known performing artist and DJ;

20  Plaintiff Big City Dynasty Corp. ("Big City") (together with Raddon, "Plaintiffs") is an

21  entertainment company of which Raddon is the principal.  Defendant FP Holdings, Inc. ("FP" or

22  "Defendant") is the ultimate owner of a series of companies that owned at all relevant times for this

23  dispute the Palms Casino Resort in Las Vegas, Nevada ("The Palms").

24          This action primarily concerns Defendant's breach of that certain Artist Performance

25  Agreement, dated as of January 8, 2018 (the "Agreement").  Under the Agreement, Defendant

26  retained Big City to furnish the DJ services of Raddon, as Artist, to perform at KAOS, a nightclub

27  and dayclub venue operated by Defendant at The Palms (the "Venue").  The Agreement obligates

28  Big City, as Producer, to furnish Raddon's DJ services at the Venue, on thirty dates in calendar

year 2019 and an additional thirty dates in calendar year 2020, with the specific dates to be agreed upon by the parties (each a "Performance").

Plaintiffs allege, in essence, that Defendant closed the Venue in September 2019 for dome construction, then, after briefly reopening, announced the closure would be permanent on November 5, 2019, and failed to provide another venue for the Performances, thereby breaching the terms of the Agreement. Plaintiffs argue, in basic terms, all of Plaintiffs' compensation under the Agreement became immediately due and owing when the Agreement was terminated, making any subsequent events irrelevant.

Defendant admits that by closing the Venue it breached the Agreement but alleges, in basic terms, that it did not cause all of Plaintiffs' claimed damages as Plaintiffs could not have been ready, willing and able to perform shows at a nightclub or dayclub from March 17, 2020 through December 31, 2020 due to the COVID-19 pandemic and related government shutdown of casinos, nightclubs and dayclubs, which rendered the parties' performance under the Agreement objectively impossible. FP thus contends that Plaintiffs' damages should be limited to those that (i) occurred prior to the supervening impossibility, and (ii) have not otherwise already been paid. Insofar as Plaintiffs contend that FP could have opened a lounge or other modified venue in or about mid-2020 in order to schedule Plaintiffs' uncompleted performances under the Agreement, FP submits that the government ban on nightclubs and dayclubs re-opening was not limited to the period of March 17, 2020 through June 4, 2020, and that the Agreement expressly contemplates nightclub and dayclub performances not lounge or any other type of performances. Even if the outright ban was limited to the specified time period, FP submits the cost of performance post-June 4 under the required government restrictions and related conditions would have been materially more burdensome and, thus, not required under applicable law.

In response to Defendant's force majeure and impossibility/impracticability affirmative defense regarding the COVID-19 pandemic, Plaintiffs argue that events that occurred after Defendant's breach and termination of the Agreement are immaterial and do not impact or limit

Plaintiffs' damages, both under the Agreement and under Nevada law.  Regardless, Defendant's performance was not impossible, as other venues had reopened by mid-2020.

**II.**

**Statement of Jurisdiction:**

This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1132(a)(1) because there is complete diversity of citizenship between the parties, and the amount in dispute exceeds $75,000.

Big City is incorporated under the laws of California, with its principal place of business in New York.  Raddon is a resident of California.

FP is a Nevada limited partnership and an indirect subsidiary of Station Casinos LLC, a Nevada limited liability company.  None of FP's limited partners nor any of Station Casinos LLC's members are California or New York citizens.  Station Casinos LLC is managed and controlled by Red Rock Resorts, Inc., a publicly-traded corporation formed under the laws of Delaware with its principal place of business in Clark County, Nevada.

**III.**

**The following facts are admitted by the parties and require no proof:**

1.     Raddon is an internationally-known performing artist and DJ.

2.     Big City is an entertainment company of which Raddon is the principal.

3.     FP, at all relevant times, was the ultimate owner of a series of companies that owns The Palms.

4.     While FP subsequently announced the sale of the Palms, the contemplated sale does not impact this litigation.

5.     The parties entered an Artist Performance Agreement, effective January 8, 2018.

6.     The Agreement was exclusive, meaning Plaintiffs could not, without Defendant's consent, perform at other venues within 100 miles of Las Vegas (other than at a few shows and festivals in Las Vegas that were specifically permitted), and could not perform at all in the states of Nevada, California, Arizona, and/or Utah on the same date as a Performance under the Agreement.  The Agreement imposed no other restrictions

- 3 -

Snell & Wilmer

L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1   on the timing or location of Plaintiffs' performances outside the scope of the Agreement

2   during its term.  Defendant was free to hire other performers.

3   7.   Plaintiffs and Defendant are sophisticated parties, and were represented by counsel at

4   all relevant times through the negotiation and ultimate execution of the Agreement.

5   8.   Under the Agreement, Defendant retained Big City to furnish the DJ services of Raddon

6   at KAOS, a nightclub and dayclub venue operated by Defendant at The Palms.

7   9.   The Agreement obligates Big City to furnish Raddon's DJ services at the Venue, on

8   thirty dates in calendar year 2019 and an additional thirty dates in calendar year 2020,

9   with the specific dates to be agreed upon by the parties (each a "Performance").

10  10.   Each Performance at the nightclub was to take place on a Friday or Saturday, and each

11  performance at the dayclub was to take place on a Saturday or Sunday, unless otherwise

12  mutually agreed.

13  11.   Each Performance is subject to several additional conditions, such as a required length

14  and mandatory promotion via Raddon's social media accounts.

15  12.   For each Performance, Plaintiffs are entitled to specified minimum compensation.  For

16  each Performance, the Agreement obligates Defendant to pay Plaintiffs a fee of

17  $300,000 (each a "Fee").

18  13.   The Agreement contemplates the payment to Plaintiffs of $9,000,000 in total Fees for

19  each of calendar years 2019 and 2020.

20  14.   The parties also agreed to hold an additional, thirty-first Performance to take place in

21  2019, for the $300,000 Fee stipulated by the Agreement.

22  15.   The Agreement also provides for payment of a bonus to Plaintiffs in connection with

23  each completed Performance in which the Venue meets certain gross revenue targets

24  (each a "Bonus").  Plaintiffs do not seek payment of any Bonus.

25  16.   The Fee and the Bonus for any given Performance, together, are defined as the

26  "Compensation" for that Performance.

27

28

17.     Section 2(c) of the Agreement, governing the timing and quantity of the Compensation for Performances, states in relevant part:

The Compensation for each Performance set forth above shall be paid as follows:

- The Fees for the 2019 calendar year shall be paid as follows: (a) Two Million Two Hundred and Fifty Thousand Dollars ($2,250,000) shall be paid to PRODUCER within ten (10) business days of the execution of this Agreement; (b) Two Million Two Hundred and Fifty Thousand Dollars ($2,250,000) shall be paid to PRODUCER within five (5) business days of January 1, 2019; and (c) One Hundred and Fifty Thousand Dollars ($150,000) shall be paid to PRODUCER within five (5) business days following each completed Performance in 2019.

- The Fees for the 2020 calendar year shall be paid as follows: (a) Two Million Two Hundred and Fifty Thousand Dollars ($2,250,000) shall be paid to PRODUCER within five (5) business days of September 30, 2019; (b) Two Million Two Hundred and Fifty Thousand Dollars ($2,250,000) shall be paid to PRODUCER within five (5) business days of January 1, 2020; and (c) One Hundred and Fifty Thousand Dollars ($150,000) shall be paid to PRODUCER within five (5) business days following each completed Performance in 2020.

[. . .]

- In the event that FP and PRODUCER mutually agree to any additional Performances in excess of thirty (30) in any calendar year during the Engagement Period, the Fee (i.e., $300,000) for any such additional Performance shall be paid within five (5) business days following such Performance.

18.     Based on the foregoing and the parties' agreement for a 31st show, the Agreement contemplated the payment to Plaintiff of $9,300,000 in total Fees for calendar year 2019. Defendant paid Plaintiffs $8,100,000 for 24 shows in 2019, which included payments for several shows that Raddon did not perform because they were scheduled for dates after Defendant closed the Venue in September 2019 for dome construction, notwithstanding Raddon's being ready, willing, and able to perform those shows.

19.      Defendant paid Plaintiffs the initial $2.25 million payment for 2020 shows on October 15, 2019; it did not make the January 1, 2020 second payment or any additional payments thereafter.

20.     The Agreement also required FP to provide and pay for additional accommodations such as rooms, food, beverage, transportation, and marketing plans.

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

21.     Section 15 of the Agreement governs compliance with laws and rules, and states in relevant part as follows:

PRODUCER and ARTIST agree to comply with any and all federal, state and local laws, ordinances, rules and regulations, including those of any applicable regulatory body, and with all provisions of any applicable collective bargaining agreement to which FP is signatory in connection with the engagements hereunder. FP shall comply with any and all federal, state and local laws, ordinances, rules and regulations, including those of any applicable regulatory body, in connection with its obligations and actions related to the Performances; provided, that FP shall not be deemed in breach of this provision for minor code violations. Nothing in this Agreement shall require the commission of any act contrary to law or to any rules or regulations of any union, guild or similar body having jurisdiction over FP and over the services and personnel to be furnished by ARTIST and/or PRODUCER to FP hereunder. Whenever there is any conflict not governed by this Agreement between any provision of this Agreement and any law, rule, regulation or requirement of any governmental body regulating gaming, such law, rule, regulation, or requirement shall prevail and this Agreement shall be curtailed, modified or limited only to the extent necessary to eliminate such conflict. ARTIST and PRODUCER shall also comply with any and all rules and regulations established by FP in relation to the operation and function of its premises.

22.     Section 19 of the Agreement governs matters of incapacity and force majeure, and states in full as follows:

In the event ARTIST does not perform a Performance by reason of death, severe illness or other incapacity to ARTIST or to ARTIST's immediate family members, or if either party's presentation of a show is prevented, rendered impossible or materially frustrated by any act, requirement or regulation or action of any public authority or bureau, strike or labor difficulties, act or threat of terrorism, flood, fire, abnormally severe weather conditions, civil tumult, effects of energy use restrictions, emergencies, lockout or other labor dispute, act of God, absence of power or other essential services, failure of technical facilities or failure or delay of transportation facilities, or any other cause beyond either party's reasonable control, then there shall be no claim for damages by any party to this Agreement and each party's obligations hereunder as to such Performance shall be waived (provided that the parties first attempt in good faith to re-schedule the Performance in question to a comparable date). Notwithstanding the foregoing, provided that such Performance cannot be rescheduled prior to such Performance (which such rescheduling shall be subject to Artist's availability) and ARTIST is ready, willing, present in Las Vegas and able to perform, PRODUCER shall be entitled to 50% of the compensation due for the applicable Performance.

23.     The Agreement is a valid and enforceable contract.

- 6 -

24.   Plaintiffs did not breach the Agreement.

25.   Defendant anticipatorily breached the Agreement in November 2019 by closing KAOS nightclub.

26.   Section 20 of the Agreement, governing notices of breach, states as follows, in relevant part:

In the event either party refuses or neglects to remedy such alleged material breach [following notice and cure period] and comply with any provisions hereunder, and such breaching party is not in the process of curing such breach, then any such failure shall be deemed a substantial and material breach of this Agreement and the non-breaching party shall have the right (in such party's sole discretion), without prejudice to any other rights and remedies to immediately terminate this Agreement and cancel the Engagement hereunder. In the event of a material uncured breach by FP, PRODUCER shall have the right to: (i) retain all amounts already paid to PRODUCER by FP as partial compensation for such breach; (ii) receive the unpaid balance of the compensation stated in Section 2; and (iii) PRODUCER and ARTIST shall have no further liabilities and/or obligations in connection with the Engagement or the transactions contemplated by this Agreement. For the avoidance of doubt and for purposes of this Paragraph 20, a material breach on the part of FP shall be solely for (1) failure to pay the Compensation as set forth in Paragraph 2, or (2) failure to provide a suitable venue for ARTIST to carry out the Performances hereunder.

27.   The parties dispute only the proper measure of the Plaintiffs' damages.

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 7 -

28.     Plaintiffs received the following payments from Defendant under the Agreement:

| Kaskade 2019 KAOS Shows and Related Payments | | | | |
|---|---|---|---|---|
| **Show Date** | **City, State** | **Venue** | **Amount Paid** | **Date Paid** |
| 2019 Payment #1 | Las Vegas, NV | Future Shows at KAOS | $2,250,000 | March 1, 2018 |
| 2019 Payment #2 | Las Vegas, NV | Future Shows at KAOS | $2,250,000 | Jan. 8, 2019 |
| April 7, 2019 | Las Vegas, NV | KAOS | $150,000 | April 22, 2019 |
| April 12, 2019 | Las Vegas, NV | KAOS | $150,000 | April 22, 2019 |
| April 19, 2019 | Las Vegas, NV | KAOS | $150,000 | April 24, 2019 |
| May 5, 2019 | Las Vegas, NV | KAOS | $150,000 | May 8, 2019 |
| May 10, 2019 | Las Vegas, NV | KAOS | $150,000 | May 16, 2019 |
| May 11, 2019 | Las Vegas, NV | KAOS | $150,000 | May 16, 2019 |
| May 19 2019 | Las Vegas, NV | KAOS | $150,000 | May 22, 2019 |
| May 25, 2019 | Las Vegas, NV | KAOS | $150,000 | June 3, 2019 |
| June 1, 2019 | Las Vegas, NV | KAOS | $150,000 | June 7, 2019 |
| June 8, 2019 | Las Vegas, NV | KAOS | $150,000 | June 12, 2019 |
| June 22, 2019 | Las Vegas, NV | KAOS | $150,000 | June 26, 2019 |
| June 23, 2019 | Las Vegas, NV | KAOS | $150,000 | June 26, 2019 |
| June 29, 2019 | Las Vegas, NV | KAOS | $150,000 | July 3, 2019 |
| June 30, 2019 | Las Vegas, NV | KAOS | $150,000 | July 3, 2019 |
| July 5, 2019 | Las Vegas, NV | KAOS | $150,000 | July 9, 2019 |
| July 6, 2019 | Las Vegas, NV | KAOS | $150,000 | July 9, 2019 |
| July 20, 2019 | Las Vegas, NV | KAOS | $150,000 | July 24, 2019 |
| July 27, 2019 | Las Vegas, NV | KAOS | $150,000 | Aug. 5, 2019 |
| August 8, 2019 | Las Vegas, NV | KAOS | $150,000 | Aug. 20, 2019 |
| August 23, 2019 | Las Vegas, NV | KAOS | $150,000 | Aug. 29, 2019 |
| Sept. 15, 2019 | Las Vegas, NV | KAOS | $150,000 | Sept. 20, 2019 |
| Oct. 5, 2019 | Las Vegas, NV | KAOS | $150,000 | Oct. 10, 2019 |
| Oct.13, 2019 | Las Vegas, NV | KAOS | $150,000 | Oct. 17, 2019 |
| Oct. 18, 2019 | Las Vegas, NV | KAOS | $150,000 | Oct. 30, 2019 |
| | | **2019 Sub-Total** | **$8,100,000** | |
| 2020 Payment #1 | Las Vegas, NV | 2020 Shows at KAOS | $2,250,000 | Oct. 15, 2019 |
| | | **Total Fees Paid** | **$10,350,000** | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

IV.

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary:**

1.      Plaintiffs adequately attempted to mitigate their damages to the extent required under Nevada law and by the Agreement.

2.      On March 12, 2020, Nevada Governor Steve Sisolak issued a statewide Declaration of Emergency for Covid-19.

3.      In conjunction with the Declaration of Emergency, the State of Nevada issued a series of orders, directives, and restrictions.

4.      On March 17, 2020, Governor Sisolak verbally ordered, and then on March 18, 2020 issued Declaration of Emergency Directive 002, which stated, in part: "The Nevada general public shall cease gathering at gaming establishments, and all gaming devices, machines, tables, games, and any equipment related to gaming activity shall cease operations effective March 17, 2020, at 11:59 p.m., for the duration that this Directive shall be in effect."

5.      On March 20, 2020, Governor Sisolak issued Declaration of Emergency for Covid-19 Directive 003, which stated, in part: "Non-Essential Businesses, as further defined in regulations promulgated under this Directive, that promote recreational social gathering activities including, but not limited to, recreation centers, clubhouses, nightclubs, movie theaters, massage parlors, adult entertainment establishments, brothels, and live entertainment venues, and any other such Non-Essential Business shall close effective March 20, 2020, at 11:59 p.m., for the duration that this Directive shall be in effect."

6.       On May 28, 2020, Governor Sisolak issued Declaration of Emergency Directive 021 - Phase Two Reopening Plan which permitted several businesses to reopen on June 4, 2020 subject to certain conditions, including casinos, restaurants, and bars, but required nightclubs and dayclubs to remain closed.

**V.**

**<u>The following are the issues of fact to be tried and determined upon trial:</u>**

1.      Whether seasonal and other factors impact the scheduling of DJ performances at Las Vegas nightclubs and dayclubs.

2.      How many Performances Raddon was likely to have completed at KAOS during the period from January 1, 2020 through March 17, 2020 had the venue remained open.

3.      How many Performances Raddon was likely to have completed during the period from January 1, 2020 through March 17, 2020 had he been offered an alternative venue at which to perform.

4.      Notwithstanding KAOS' closure in November 2019, whether the Nevada Governor's shutdown orders in March 2020 and thereafter in response to the COVID-19 pandemic rendered the parties unable to perform their respective obligations under the Agreement beginning March 17, 2020 and, if so, the length that the inability to perform lasted.

5.      Whether and when alternative venues were permitted to open (or re-open) under the Nevada Governor's COVID-19 orders, and whether such alternative venues were a suitable venue to carry out the Performances contemplated under the Agreement.

6.      Whether and what type of restrictions were imposed on alternative venues that were permitted to open (or re-open) under the Nevada Governor's COVID-19 orders, including restrictions on capacity, social distancing, dancing, standing, face coverings, and the like.

7.      Whether the restrictions referenced in the foregoing paragraph changed over time and, if so, in what manner.

8.      Whether the Nevada Governor's COVID-19 orders, including Directive 021-Phase Two Reopening Plan, defined nightclubs and dayclubs, and whether that definition or interpretation of those terms differed from that of the Agreement.

9.      Whether other operators opened existing, converted, or new alternative venues on or after June 4, 2020, the characteristics thereof, the artists that performed at these alternative venues, and whether any internationally-known DJs performed at these venues.

10.     The factors impacting Defendant's ability to convert KAOS into an alternative venue or create or find a new or existing alternative venue sometime after June 4, 2020 to accommodate Raddon's performances and comply with the Governor's COVID-19 orders.

11.     Whether Plaintiffs could and/or would have completed the remaining Performances under the Agreement during the remainder of 2020 had Defendant been able to open an existing, converted, or new "lounge-type" venue or other performance venue that complied with the Nevada Governor's COVID-19 Orders.

12.     Whether the amount of damages Plaintiffs contend is due under the Agreement is proportionate to Plaintiffs' actual damages.

## VI.

### The following are issues of law to be tried and determined at trial:

1.     Whether the Agreement required Defendant to pay Plaintiffs in full for shows canceled by Defendant.

2.     Whether Defendant's anticipatory breach of the Agreement in November 2019 accelerated all remaining Compensation due under the Agreement.

3.     Whether Defendant scheduled any additional shows in 2019 or 2020 after its breach of the Agreement in November 2019 by closing KAOS nightclub.

4.     Whether, and if so, the extent to which, Defendant was obligated under the Agreement to provide an alternative venue for the remaining 2019 and any pre-March 17, 2020 Performances following the closure of the Venue in November 2019, Plaintiffs' declaration of breach in November 2019, and Plaintiffs' termination of the Agreement in December 2019.

5.     Whether, and if so, the extent to which, Defendant was obligated under the Agreement to offer, create, or convert an alternative venue for any post-June 4, 2020 Performances following the resumption of limited casino operations under the Nevada Governor's COVID-19 Orders.

6.      Whether, and if so, the extent to which, Defendant's payment of some advance portion of the Fees for 2020 Performances sets off or otherwise satisfies Defendant's other payment obligations to Plaintiffs, if any.

7.      Whether Defendant's breach caused all of the damages Plaintiffs seek in this action.

8.      Whether the Agreement's force majeure clause supersedes and replaces the common law doctrines of impossibility and impracticability notwithstanding the clause's incorporation of the terms "impossible" and "materially frustrated."

9.      Whether the Agreement's force majeure clause and principles of supervening impossibility and impracticability limit Plaintiffs' recoverable damages to those that (i) occurred prior to the supervening impossibility, and (ii) have not otherwise already been paid.

10.      Whether the damages provision in the Agreement constitutes an unenforceable liquidated damages clause.

## VII.

(a)      The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

(1)      Plaintiff's exhibits.

| Exhibit | DESCRIPTION | BATES |
|---------|-------------|-------|
| 001 | January 8, 2018 Artist Performance Agreement | **RADDON0003275 – RADDON0003288** |
| 002 | Date of all performances scheduled at the Venue prior to Defendant's closure | **RADDON0008080 – RADDON0008081** |
| 003 | March 12, 2020 Declaration of Emergency for COVID-19 | **FPH01490 – FPH01492** Ex. 8 to Response to MSJ & Countermotion |
| 004 | March 18, 2020 Declaration of Emergency Directive 002 | **FPH01508 – FPH01510** Ex. 9 to Response to MSJ & Countermotion |
| 005 | March 20, 2020 Declaration of Emergency Directive 0003 | **FPH01514 – FPH01518** |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| | | Ex. 10 to Response to MSJ & Countermotion |
| 006 | April 30, 2020 Nevada United: Roadmap to Recovery Plan | **FPH01575 – FPH01602** Ex. 11 to Response to MSJ & Countermotion |
| 007 | May 7, 2020 Phase One Roadmap to Recovery Plan | **FPH01603 – FPH01611** Ex. 12 to Response to MSJ & Countermotion |
| 008 | May 28, 2020 Declaration of Emergency Directive 021 | **FPH01631 – FPH01643** Ex. 13 to Response to MSJ & Countermotion |
| 009 | July 31, 2020 Declaration of Emergency Directive 029 | **FPH01681 – FPH01684** Ex. 14 to Response to MSJ & Countermotion |
| 010 | September 30, 2020 Declaration of Emergency Directive 033 | **FPH01709 – FPH01717** Ex. 15 to Response to MSJ & Countermotion |
| 011 | October 2, 2020 Declaration of Emergency Directive 034 | **FPH01718 – FPH01722** Ex. 16 to Response to MSJ & Countermotion |
| 012 | Emails Between Ryan Perring, Kevin Gimble, and Ryan Henderson | **RADDON0008080 – RADDON0008096** Ex. F. to MSJ |
| 013 | Emails Between Ryan Perring and Steve Gordon | **RADDON0002639 – RADDON0002642** Ex. G. to MSJ |
| 014 | October 8, 2019 Notice of Breach of Artist Performance Agreement | **RADDON0000066 – RADDON0000067** Ex. H. to MSJ |
| 015 | November 13, 2019 Notice of Breach of Artist Performance Agreement | **FPH01455 – FPH01456** Ex. I. to MSJ |
| 016 | December 3, 2019 Notice of Termination of Artist Performance Agreement | **FPH01465** Ex. J. to MSJ |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 017 | Emails Between Kevin Gimble and Jeffrey Welch | **RADDON0006720 – RADDON0006723** Ex. K to MSJ |
| 018 | August 30, 2019 Notice of Breach of Artist Performance Agreement | **RADDON0000091** Ex. L. to MSJ |
| 019 | Emails Between Jordan Siev and Jeffrey Welch | **RADDON0006992 – RADDON0006994** Ex. M to MSJ |
| 020 | July 30, 2019 – August 6, 2019 Email Chain Reflecting Schedule Change | **RADDON0002027 – RADDON0002033** Ex. 2 to Response to MSJ & Countermotion |
| 021 | August 12, 2019 Email from Jon Gray Regarding Proposed 2020 Schedule | **FPH01723 – FPH01735** Ex. 3 to Response to MSJ & Countermotion |
| 022 | October 17, 2019 Email from Brent Freed Regarding Mock Schedule | **FPH01736 – FPH01740** Ex. 4 to Response to MSJ & Countermotion |
| 023 | October 8-10, 2019 Email Chain Regarding Notice of Breach of Artist Performance Agreement | **FPH01069 – FPH01070** Ex. 5 to Response to MSJ & Countermotion |
| 024 | October 22-30, 2019 Email Exchanges Regarding Kaskade Exploring Other Potential Deals | **FPH01292 – FPH01293** Ex. 6 to Response to MSJ & Countermotion |
| 025 | UTA Pages Regarding November 2019 – December 2019 Performances | **RADDON0004676 – RADDON0004677** Ex. 7-1 to Response to MSJ & Countermotion |
| 026 | UTA Spreadsheet Regarding 2020 Completed and Cancelled Performances | **RADDON0011034-001 – RADDON0011034-002** Ex. 7-2 to Response to MSJ & Countermotion |
| 027 | Susan Stapleton, *Nightclubs and Pool Parties Will Not Reopen When Casinos in Nevada Do,* Eater Vegas (May 4, 2020), | Ex. O to Reply to MSJ |

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 14 -

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| | https://vegas.eater.com/2020/5/4/21246453/nightclubs-pool-parties-will-not-reopen-casinos-nevada-gaming-control-board-guidelines | |
| 028 | Jenna Phillips, *Reopen Dates: Las Vegas Nightclubs & Pool Parties,* Vegas Primer, (last updated November 2, 2020) (last visited November 6, 2020) https://electronic.vegas/news/what-nightclubs-dayclubs-open-las-vegas/ | Ex. P to Reply to MSJ |
| 029 | *What nightclubs and dayclubs are open in Las Vegas?,* Vegas Primer, August 5, 2020, https://vegasprimer.com/covid-19-club-update/ | Ex. Q to Reply to MSJ |
| 030 | *When will Las Vegas Nightclubs and Pool Parties Reopen?,* (last updated October 18, 2020) (las visited November 6, 2020), https://lasvegasnightclubs.com/articles/coronavirus/# | Ex. R to Reply to MSJ |
| 031 | TAO Lounge, Event Calendar for November 20, 2020 (last visited November 16, 2020), https://taolvnc.taogroup.com/event/uv3601321553dt201120/tao-lounge/ | Ex. S to Reply to MSJ |
| 032 | EDM Train, (last visited November 16, 2020), https://edmtrain.com/las-vegas-nv | Ex. T to Reply to MSJ |
| 033 | November 22, 2020 Governor Sisolak's Prepared Remarks Regarding Statewide Pause | **FPH04034 – FPH04051** Ex. 17 to Reply to Countermotion |
| 034 | November 22, 2020 Nevada Statewide Pause Guidance Matrix | **FPH04052 – FPH04053** Ex. 18 to Reply to Countermotion |
| 035 | November 22, 2020 Nevada Statewide Pause Summary Graphic | **FPH04055** Ex. 19 to Reply to Countermotion |
| 036 | November 25, 2020 Declaration of Emergency Directive 035 | Ex. 20 to Reply to Countermotion |
| 037 | *Kaos Nightclub at the Palms is closing,* (last updated November 5, 2019 9:24 pm) Las Vegas Review Journal, www.reviewjournal.com/business/casinos-gaming/kaos-nightclub-at-the-palms-is-closing-1886280/ | |
| 038 | *NYE at Tao Lounge ft. Eric Delux at Tao at the Venetian,* Calendar listing for 12/31/2020, www.web.archive.org/web/20201128102648 /https://electronic.vegas/event/nye-tao-vegas-dec-31/ | |
| 039 | January 29, 2018 Email from Sarah Scott to Eric Marder, cc Multiple Parties, Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00187-FPH00194** |
| 040 | Draft Artist Performance Agreement with comments | **FPH00195-FPH00208** |
| 041 | Draft Artist Performance Agreement with redline changes | **FPH00209-FPH00222** |
| 042 | February 2, 2018 Email Eric Marder to Sarah Scott, cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00223-FPH00231** |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 043 | Draft Artist Performance Agreement | **FPH00232-FPH00245** |
| 044 | Draft Artist Performance Agreement with redline changes | **FPH00246-FPH00259** |
| 045 | February 5, 2018 Email Dominic Chaklos to Eric Marder, cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00260-FPH00269** |
| 046 | Draft Artist Performance Agreement with comments | **FPH00270-FPH00283** |
| 047 | Draft Artist Performance Agreement with Redline Changes | **FPH00284-FPH00298** |
| 048 | February 5, 2018 Email Dominic Chaklos to Edward Shapiro, cc Sarah Scott Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00299-FPH00308** |
| 049 | Draft Artist Performance Agreement with comments | **FPH00309-FPH00322** |
| 050 | Draft Artist Performance Agreement with Redline Changes | **FPH00323-FPH00337** |
| 051 | February 6, 2018 Email Dominic Chaklos to Edward Shapiro, Eric Marder cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00338-FPH00347** |
| 052 | Draft Artist Performance Agreement with comments | **FPH00348-FPH00361** |
| 053 | Draft Artist Performance Agreement with Redline Changes | **FPH00362-FPH00375** |
| 054 | Draft Artist Performance Agreement with Redline Changes | **FPH00376-FPH00389** |
| 055 | February 5, 2018 Letter John Pasqualotto to Josh Klein Regarding Background Questionnaires | **FPH00390-FPH00396** |
| 056 | February 7, 2018 Email Edward Shapiro to Dominic Chaklos, Eric Marder cc: Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00397-FPH00407** |
| 057 | February 7, 2018 Email Edward Shapiro to Dominic Chaklos, Eric Marder cc: Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00408-FPH00418** |
| 058 | February 7, 2018 Email Dominic Chaklos to Edward Shapiro, Eric Marder cc: Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00419-FPH00430** |
| 059 | Draft Artist Performance Agreement | **FPH00431-FPH00444** |
| 060 | Draft Artist Performance Agreement with Redline Changes | **FPH00445-FPH00458** |
| 061 | Draft Artist Performance Agreement | **FPH00459-FPH00472** |
| 062 | February 8, 2018 Email Eric Marder to Dominic Chaklos, Edward Shapiro, cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00473-FPH00485** |
| 063 | January 8, 2018 Artist Performance Agreement, signed by Big City Dynasty Corp., Ryan Raddon | **FPH00486-FPH00499** |
| 064 | February 8, 2018 Email Dominic Chaklos to Eric Marder, Edward Shapiro, cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00500-FPH00512** |

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 065 | February 8, 2018 Email Dominic Chaklos to Eric Marder, Edward Shapiro, cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00513-FPH00525** |
| 066 | February 8, 2018 Email Eric Marder to Dominic Chaklos cc Dina LaPolt, Edward Shapiro, Sarah Scott Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00526-FPH00539** |
| 067 | Company Background Questionnaire for Big City Dynasty Corp. | **FPH00540-FPH00549** |
| 068 | February 8, 2018 Email Dominic Chaklos to Eric Marder cc Sarah Scott, Dina LaPolt, Edward Shapiro Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00550-FPH00563** |
| 069 | February 8, 2018 Email Dominic Chaklos to Eric Marder cc Sarah Scott, Dina LaPolt, Edward Shapiro Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00564-FPH00577** |
| 070 | February 14, 2018 Email Edward Shapiro to Eric Marder, Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00578-FPH00590** |
| 071 | February 14, 2018 Email Edward Shapiro to Eric Marder, Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00591-FPH00603** |
| 072 | February 14, 2018 Email Sarah Scott to Edward Shapiro cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00604-FPH00616** |
| 073 | February 14, 2018 Email Sarah Scott to Edward Shapiro cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00617-FPH00629** |
| 074 | February 15, 2018 Email Dominic Chaklos to Edward Shapiro cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00630-FPH00643** |
| 075 | January 8, 2018 Artist Performance Agreement, fully executed | **FPH00644-FPH00657** |
| 076 | February 15, 2018 Email Edward Shapiro to Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00658-FPH00670** |
| 077 | February 15, 2018 Email Jeffrey Welch to Edward Shapiro, Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00671-FPH00683** |
| 078 | February 15, 2018 Email Edward Shapiro to Jeffrey Welch, Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00684-FPH00696** |
| 079 | February 15, 2018 Email Dominic Chaklos to Edward Shapiro, cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00699-FPH00713** |
| 080 | February 15, 2018 Email Dominic Chaklos to Edward Shapiro cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00714-FPH00728** |
| 081 | February 21, 2018 Email Edward Shapiro to Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00729-FPH00741** |
| 082 | February 21, 2018 Email Josh Klein to Edward Shapiro, Jeffrey Welch, Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00742-FPH00754** |

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 083 | W-9 for Big City Dynasty Corporation | **FPH00755** |
| 084 | Invoice # 0221185, Big City Dynasty Corporation to FP Holdings for $2,250,00, 25% Advance for 2019 Las Vegas Residency | **FPH00756** |
| 085 | March 1, 2018 Email Edward Shapiro to Josh Klein, Jeffrey Welch, Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00757-FPH00770** |
| 086 | March 1, 2018 Email Jeffrey Welch to Edward Shapiro, Josh Klein,  Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00771-FPH00784** |
| 087 | March 1, 2018 Email Jeffrey Welch to Edward Shapiro, Josh Klein,  Dominic Chaklos cc Multiple Parties Regarding Artist Performance Agreement – Kaskade 2019 2020 | **FPH00785-FPH00798** |

(2)   Defendant's exhibits.

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 501 | Artist Performance Agreement (Exhibit E to Plaintiffs' MSJ) | RADDON0003275–RADDON0003288 |
| 502 | Emails Between Ryan Perring, Kevin Gimble, and Ryan Henderson (Exhibit F to Plaintiffs' MSJ) | RADDON0008080-RADDON0008096 |
| 503 | Emails Between Ryan Perring and Steve Gordon (Exhibit G to Plaintiffs' MSJ) | RADDON0002639-RADDON0002642 |
| 504 | October 8, 2019 Notice of Breach of Artist Performance Agreement (Exhibit H to Plaintiffs' MSJ) | RADDON0000066-RADDON0000067 |
| 505 | November 13, 2019 Notice of Breach of Artist Performance Agreement (Exhibit I to Plaintiffs' MSJ) | FPH01455-FPH01456 |
| 506 | December 3, 2019 Notice of Termination of Artist Performance Agreement (Exhibit J to Plaintiffs' MSJ) | FPH01465-FPH01465 |
| 507 | Emails Between Kevin Gimble and Jeffrey Welch (Exhibit K to Plaintiffs' MSJ) | RADDON006720-RADDON006723 |
| 508 | August 30, 2019 Notice of Breach of Artist Performance Agreement (Exhibit L to Plaintiffs' MSJ) | RADDON0000091-RADDON0000091 |
| 509 | Emails Between Jordan Siev and Jeffrey Welch (Exhibit M to Plaintiffs' MSJ) | RADDON0006992-RADDON0006994 |
| 510 | 01/08/18 Palms Resort Casino Artist Performance Agreement (Exhibit 1to FPH's Response) | 1-14 |
| 511 | 07/30/19 - 08/6/19 Email Chain Reflecting Schedule Change (Exhibit 2 to FPH's Response) | RADDON0002027-RADDON0002033 |
| 512 | 08/12/19 Email from Jon Gray Regarding Proposed 2020 Schedule (Exhibit 3 to FPH's Response) | FPH01723-FPH01735 |
| 513 | 10/17/19 Email from Brent Freed Regarding Mock Schedule (Exhibit 4 to FPH's Response) | FPH01736-FPH01740 |
| 514 | 10/08/19 - 10/10/19 Email Chain Regarding Notice of Breach of Artist Performance Agreement (Exhibit 5 to FPH Response) | FPH01069-FPH01070 |
| 515 | 10/22/19 - 10/30/19 Email Exchanges Regarding Kaskade Exploring Other Potential Deals (Exhibit 6 to FPH's Response) | FPH01292-FPH01293 |
| 516 | UTA Pages Regarding 11/2019 - 12/2019 Performances (Exhibit 7-1 to FPH's Response) | RADDON0004676-RADDON0004677 |

Snell & Wilmer

L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 517 | UTA Spreadsheet Regarding 2020 Completed and Canceled Performances (Exhibit 7-2 to FPH's Response) | RADDON0011034_001 - RADDON0011034_002 |
| 518 | 3/12/20 Declaration of Emergency for Covid 19 (Exhibit 8 to FPH's Response) | FPH01490-FPH01492 |
| 519 | 3/18/20 Declaration of Emergency Directive 002 (Exhibit 9 to FPH's Response) | FPH01508-FPH01510 |
| 520 | 3/20/20 Declaration of Emergency for COVID 19 Directive 003 (Exhibit 10 to FPH's Response) | FPH01514-FPH01518 |
| 521 | 4/30/20 Nevada United Roadmap to Recovery (Exhibit 11 to FPH's Response) | FPH01575-FPH01602 |
| 522 | 5/7/20 Declaration of Emergency Directive 018 (Exhibit 12 to FPH's Response) | FPH01603-FPH01611 |
| 523 | 5/28/20 Declaration of Emergency Directive 021 (Exhibit 13 to FPH's Response) | FPH01631-FPH01643 |
| 524 | 7/31/20 Declaration of Emergency Directive 029 (Exhibit 14 to FPH's Response) | FPH01681-FPH01684 |
| 525 | 9/30/20 Declaration of Emergency Directive 033 (Exhibit 15 to FPH's Response) | FPH01709-FPH01717 |
| 526 | 10/2/20 Declaration of Emergency Directive 034 (Exhibit 16 to FPH's Response) | FPH01718-FPH01722 |
| 527 | 5/4/20 Eater Vegas Article " Nightclubs and Pool Parties Will Not Reopen When Casinos in Nevada Do" (Exhibit O to Plaintiffs' Reply) | 5-8 |
| 528 | Vegas Primer Article "Reopen Dates: Las Vegas Nightclubs & Pool Parties" (Exhibit P to Plaintiffs' Reply) | 9-21 |
| 529 | 8/5/20 Article "What Nightclubs and Dayclubs are Open in Las Vegas?" (Exhibit Q to Plaintiffs' Reply) | 22-23 |
| 530 | Article "When Will Las Vegas Nightclubs and Pool Parties Reopen?" (Exhibit R to Plaintiffs' Reply) | 24-28 |
| 531 | TAO Lounge, Event Calendar for 11/20/20 (Exhibit S to Plaintiffs' Reply) | 29-31 |
| 532 | EDM Train (Exhibit T to Plaintiffs' Reply) | 32-34 |
| 533 | 11/22/20 Governor Sisolak's Prepared Remarks (Exhibit 17 to FPH's Reply) | FPH04034-FPH04051 |
| 534 | 11/22/18 Nevada Statewide Pause Guidance Matrix (Exhibit 18 to FPH's Reply) | FPH04052-FPH04053 |
| 535 | 11/22/20 Nevada Statewide Pause Summary Graphic (Exhibit 19 to FPH's Reply) | FPH04055-FPH04055 |
| 536 | 11/25/20 Declaration of Emergency Directive 035 (Exhibit 20 to FPH's Reply) | 148-155 |
| 537 | 1/29/18 Email Chain Between Sarah Scott and Eric Marder re: Kaskade Residency Agreement Redline | FPH00187-FPH00194 |
| 538 | Artist Performance Agreement (Redline) (Attachment to Exhibit 537 Email) | FPH00195-FPH00208 |
| 539 | 2/2/18 Email Chain Between Eric Marder and Sarash Scott re Kaskade 2019 2020 Artist Performance Agreement | FPH00223-FPH00231 |
| 540 | Artist Performance Agreement PDF Attachment to Exhibit 539 Email | FPH00232-FPH00245 |
| 541 | 12/6/19 Email Between Shaun Cooney and Brent Freed re KAOS Talent Update As of Dec 6 | FPH02020 |

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---------|-------------|-------|
| 542 | 10/17/19 Email re Talent Update | FPH01736 |
| 543 | 2019 Competitive Calendar Attachment to Exhibit 542 Email | FPH01737 |
| 544 | 2020 Mock Calendar Attachment to Exhibit 542 Email | FPH01738-FPH01740 |
| 545 | 2019 Talent Plan attachment to Exhibit 542 Email | FPH01741-FPH01742 |
| 546 | November 2019 Calendar Plan attachment to Exhibit 542 Email | FPH01743 |
| 547 | December 2019 Calendar Plan attachment to Exhibit 542 Email | FPH01744 |
| 548 | 9/18/19 Email re Talent Schedules from Jon Gray | FPH01854 |
| 549 | KAOS 2019 Q4 Proforma attachment to Exhibit 548 Email | FPH01855_0001-FPH01855_0228 |
| 550 | KAOS 2020 Q4 Proforma attachment to Exhibit 548 Email | FPH01856_0001-FPH01856_0228 |
| 551 | 8/12/19 Email from Jon Gray re Proposed 2020 Schedule | FPH01723 |
| 552 | Proposed 2020 Schedule attachment to Exhibit 551 Email*<br><br>*While preparing this list of exhibits, FP learned that the native file of this document contains fields that were not previously produced; FP will supplement its production with the full document (excluding the financial information related to other DJs) | FPH01724-FPH01735 |
| 553 | 9/23/19 Email re KAOS Announced Scheduled Shows Canceled Because of Dome Construction 10/3/19 - 1/26/20 Schedule | FPH01906-FPH01911 |
| 554 | 9/23/19 Email re KAOS Announced Scheduled Shows Canceled Because of Dome Construction 9/15/19 - 10/27/19 Schedule | FPH01901-FPH01905 |
| 555 | 9/23/19 Email re KAOS Announced Scheduled Shows Canceled Because of Dome Construction | FPH01897-FPH01900 |
| 556 | 9/20/19 Email re KAOS Announced Scheduled Shows Canceled Because of Dome Construction | FPH01874-FPH01876 |
| 557 | Calendar of Confirmed Shows April 2019 - January 2020 attachment to Exhibit 556 Email | FPH01877-FPH01886 |
| 558 | 9/18/19 Email re KAOS Invoice | FPH01018 |
| 559 | Independent Contractor Determination Form | FPH01019-FPH01020 |
| 560 | IRS CP575A form for MBXCorp, Inc. | FPH01022-FPH01024 |
| 561 | Station Casinos Vendor Profile Form | FPH01026-FPH01027 |
| 562 | IRS W-9 Form for MBXCORP, Inc. | FPH01029-FPH01034 |
| 563 | Invoice to KAOS Nightclub re KASKADE (Invoice PAL91119) dated 9/11/19 | FPH01036 |
| 564 | 8/12/19 Email re DOR 8/11/19 | FPH01824 |
| 565 | Abbreviated DOR for nightclub operations from 8/11/19 attachment to Exhibit 564 Email | FPH01825 |
| 566 | 7/28/19 Email re DOR 7/27/19 | FPH01816-FPH01817 |
| 567 | KAOS Abbreviated Nightclub DOR 7/27/19 attachment to Exhibit 566 Email | FPH01818 |
| 568 | 7/21/19 Email re DOR 7/20/19 | FPH01812-FPH01813 |

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 569 | KAOS Abbreviated Nightclub DOR 7/20/19 attachment to Exhibit 568 Email | FPH01814 |
| 570 | 7/7/19 Email re DOR 7/6/19 | FPH01808-FPH01809 |
| 571 | KAOS Abbreviated Dayclub DOR 7/6/19 attachment to Exhibit 570 Email (FPH01811).pdf | FPH01811 |
| 572 | 7/6/19 Email re DOR 7/5/19 | FPH01801 |
| 573 | KAOS Abbreviated Nightclub DOR 7/5/19 attachment to Exhibit 572 Email | FPH01802 |
| 574 | 7/1/19 Email re DOR 6/30/19 | FPH01795-FPH01796 |
| 575 | KAOS Nightclub DOR 6/30/19 attachment to Exhibit 574 Email | FPH01797_0001-FPH01797_0080 |
| 576 | KAOS Dayclub DOR 6/30/19 attachment to Exhibit 574 Email | FPH01798_0001-FPH01798_0069 |
| 577 | KAOS Dayclub daily DOR 6/30/19 attachment to Exhibit 574 Email | FPH01800 |
| 578 | 6/7/19 Email re KAOS Break Evens | FPH01791-FPH01793 |
| 579 | KAOS dayclub/nightclub forecast spreadsheets attachment to Exhibit 578 Email | FPH01794_0001-FPH01794_0079 |
| 580 | 6/7/19 Email re Trends | FPH01789-FPH01789 |
| 581 | Updated rmc ym.xlx attachment to Exhibit 580 Email | FPH01790_0001-FPH01790_0028 |
| 582 | 6/7/19 Email re KAOS Break Evens | FPH01784-FPH01785 |
| 583 | June KAOS break-evens spreadsheets attachment to Exhibit 582 Email | FPH01786_0001-FPH01786_0012 |
| 584 | 5/6/19 Email re DOR 5/5/2019 | FPH01781- |
| 585 | May Nightclub DOR 5/5/19 attachment to Exhibit 584 Email | FPH01782 |
| 586 | May Dayclub DOR 5/5/19 attachment to Exhibit 584 Email | FPH01783 |
| 587 | 4/23/19 Email re DOR 4/19/19 | FPH01778 |
| 588 | April nightclub DOR 4/19/19 attachment to Exhibit 587 Email | FPH01779 |
| 589 | April dayclub DOR 4/19/19 attachment to Exhibit 587 Email | FPH01780 |
| 590 | 4/16/19 Email Revised DOR Week Ending 4/14 dayclub/nightclub | FPH01773 |
| 591 | Nightclub DOR 4/11/19 - 4/14/19 attachment to Exhibit 590 Email | FPH01774_0001-FPH01774_0018 |
| 592 | Dayclub DOR 4/12/19 - 4/14/19 attachment to Exhibit 590 Email | FPH01775_0001-FPH01775_0017 |
| 593 | 10/7/19 Email re KAOS Announced Scheduled Shows Canceled Because of Dome Construction | FPH01918-FPH01924 |
| 594 | 9/19/19 Email re KAOS Announced Scheduled Shows Canceled Because of Dome Construction | FPH01861-FPH01862 |
| 595 | August 2019 - December 2019 Performance Calendar attachment to Exhibit 594 Email | FPH01863-FPH01867 |
| 596 | 8/13/19 Email re DOR 8/11/19 | FPH01827 |
| 597 | DOR Short Nightclub 8/11/19 attachment to exhibit 596 Email | FPH01828 |
| 598 | 8/24/19 Email re DOR 8/23/19 | FPH01836 |

Snell & Wilmer

L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---------|-------------|-------|
| 599 | DOR Short Nightclub 8.23.19 attachment to Exhibit 598 Email | FPH01837 |
| 600 | 4/22/19 Email re Updated Entertainment Summary | FPH01776 |
| 601 | Palms Entertainment Summary list attachment to Exhibit 600 Email | FPH01777_0001-FPH01777_0063 |
| 602 | 10/30/19 Email re Kaskade/Palms between Jeff Welch and Edward Shapiro | FPH01292-FPH01293 |
| 603 | 10/22/19 Email re Kaskade/Palms between Jordan Siev and Jeff Welch | FPH01290-FPH01291 |
| 604 | 10/22/19 Email re Kaskade/Palms between Jordan Siev and Jeff Welch | FPH01287 |
| 605 | 10/22/19 Email re Kaskade/Palms between Jordan Siev and Jeff Welch | FPH01288-FPH01289 |
| 606 | 9/3/2019 Email re Ryan Raddon between J.Welch and K. Gimble | FPH00967-FPH00970 |
| 607 | KAOS nightclub/dayclub DOR 4/2019 - 8/2019 | FPH01745_0001-FPH01745_0004 |
| 608 | 8/22/19 Email Chain re Kaskade/Palms between K. Gimble and E. Shapiro | RADDON0001194-RADDON0001196 |
| 609 | Slideshow of Kaskade KAOS show design concepts | RADDON0003525-RADDON0003548 |
| 610 | Kaskade Summer Content 2019 Invoice from MBXCORP, INC. to Kaskade Music (Invoice No. KAS91119) 9/11/19 | RADDON0005082 |
| 611 | 6/29/19 Email chain re Las Vegas between Ryan Raddon and Ryan Henderson and Kaskade team | RADDON0001977-RADDON0001988 |
| 612 | 11/11/2019 Email re Kaskade 2020 between Sarah Rountree and K. Gimble | RADDON0002000-RADDON0002001 |
| 613 | 8/12/19 Email re Kaskade Invoice 4.7 between Monarch Business & Wealth and Palms | RADDON0002002-RADDON0002005 |
| 614 | 11/11/19 Email re Update 11/10 Kaskade Show Dates 2019 & 2020 | RADDON0002020-RADDON0002026 |
| 615 | 12/18/19 Email re Kaskade October Statement | RADDON0002276 |
| 616 | Kaskade October Statement attachment to Exhibit 615 Email | RADDON0002277 |
| 617 | 4/23/19 Email re PALMS day club stage | RADDON0003264 |
| 618 | 7/11/19 Email re Studio Institute x KAOS | RADDON0003524 |
| 619 | 4/24/19 Email re Kaskade Redux at CRSSD | RADDON0003872 |
| 620 | 9/17/19 Email re Kaskade One Sheet October 2019 | RADDON0003928-RADDON0003954 |
| 621 | Oct 2019 Kaskade One Sheet attachment to Exhibit 620 Email | RADDON0003955 |
| 622 | 1/25/20 Email re KAOS Update | RADDON0003969 |
| 623 | 6/24/19 Email from Ryan Raddon re Las Vegas Redux Show | RADDON0004024 |
| 624 | 1/28/20 Email re 2019 Settlement | RADDON0004665 |
| 625 | UTA 2019 Statements attachment to Exhibit 624 Email | RADDON0004666-RADDON0004677 |
| 626 | BLK MATTER LTD. Invoice (#000055) dated 1/21/20 to Kaskade Music LLC | RADDON0004679 |

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 627 | Kaskade January 2019 to December 2019 Touring Commissions spreadsheets | RADDON0004681-RADDON0004682 |
| 628 | 6/28/19 Email re Las Vegas Show plans from Ryan Raddon | RADDON0004741-RADDON0004742 |
| 629 | 9/12/19 Email re Summer Invoice from Mike Burakoff | RADDON0005081 |
| 630 | 5/20/19 Email re Kaskade KAOS Assets Approval 5/19 | RADDON0005977-RADDON0005980 |
| 631 | 8/24/19 Email re Resorts World from Ryan Raddon | RADDON0006117-RADDON0006137 |
| 632 | 5/19/20 Email re Contract Kaskade 5/25/19 KAOS | RADDON0006174 |
| 633 | UTA Agreement between Big City Dynasty Corp and FP Holdings (Contract #1034342) | RADDON0006175-RADDON0006179 |
| 634 | 11/1/2019 Email re Kaskade Announcement confirming 2019 dates between K.Gimble and J.Siev, J. Welch | RADDON0006203-RADDON0006208 |
| 635 | 5/14/19 Email re Kaskade 5/25/19 KAOS nightclub confirming KAOS cancellation for $300k | RADDON0006372 |
| 636 | 9/19/19 Email re Ryan Raddon rescheduling between K.Gimble and J.Welch. | RADDON0006847-RADDON0006852 |
| 637 | 11/1/2019 Email re Ryan Raddon rescheduling between J.Siev and J.Welch | RADDON0007212-RADDON0007226 |
| 638 | 4/8/19 Email re Vegas Pool Show from Loren Cronk | RADDON0007372-RADDON0007373 |
| 639 | 4/8/19 Email re Vegas Pool Show from Alex Vicente | RADDON0008078-RADDON0008079 |
| 640 | 4/9/19 Email re Vegas Pool Show from Matthew Miera | RADDON0008704-RADDON0008706 |
| 641 | Feb - Mar 2020 Itinerary Information for Raddon | RADDON0010712-RADDON0010714 |
| 642 | 2/20/20 Email re Experience Vita Motus Design Studio | RADDON0010717-RADDON0010734 |
| 643 | 11/15/19 Email re Kaskade 2020 Live Show Rehearsal from Raddon | RADDON0010839-RADDON0010841 |
| 644 | 11/11/19 Email re Update 11/10 Kaskade Show Dates 2019 & 2020 | RADDON0010987-RADDON0010995 |
| 645 | 2/6/20 Email re Kaskade confirmed booking for 2020 from Jodi Nelson | RADDON0011007-RADDON0011008 |
| 646 | 1/21/20 Email re KASKADE OFFER Escapade Ottawa 2020 from K. Gimble | RADDON0011025-RADDON0011026 |
| 647 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 1/8/19 | FPH02025-FPH02033 |
| 648 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 3/1/18 | FPH02034-FPH02045 |
| 649 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 4/22/19 | FPH02046-FPH02056 |
| 650 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 4/24/19 | FPH02057-FPH02062 |
| 651 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 5/8/19 | FPH02063-FPH02071 |
| 652 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 5/16/19 | FPH02072-FPH02081 |

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 653 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 5/22/19 | FPH02082-FPH02089 |
| 654 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 6/3/19 | FPH02090-FPH02097 |
| 655 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 6/7/19 | FPH02098-FPH02105 |
| 656 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 6/12/19 | FPH02106-FPH02114 |
| 657 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 6/26/19 | FPH02115-FPH02124 |
| 658 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 7/3/19 | FPH02125-FPH02133 |
| 659 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 7/9/19 | FPH02134-FPH02143 |
| 660 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 7/24/19 | FPH02144-FPH02153 |
| 661 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 8/5/19 | FPH02154-FPH02162 |
| 662 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 8/20/19 | FPH02163-FPH02172 |
| 663 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 8/29/19 | FPH02173-FPH02181 |
| 664 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 9/20/19 | FPH02182-FPH02189 |
| 665 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 10/10/19 | FPH02190-FPH02209 |
| 666 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 10/15/19 | FPH02210-FPH02215 |
| 667 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 10/17/19 | FPH02216-FPH02226 |
| 668 | Bank of America - Payment Details Report between Station Casinos to Big City Dynasty Corp dated 10/30/19 | FPH02227-FPH02237 |
| 669 | 1/10/19 Email chain from Ryan Henderson to Ryan Perrings re: Kaskade Announcement | RADDON0008194-RADDON0008207 |
| 670 | 1/10/19 Email chain from Ryan Henderson to Kevin Gimble re: Kaskade Announcement | RADDON0008604-RADDON0008618 |
| 671 | 1/12/19 Email chain from Kevin Gimble to Ryan Perrings re: Kaskade Announcement | RADDON0008687-RADDON0008703 |
| 672 | 11/11/19 Email chain from Sarah Rountree to Kevin Gimble re: Kaskade 2020 | RADDON0010706-RADDON0010708 |
| 673 | 1/27/10 Email from Ryan Raddon to Sean Guarino re: KAOS Update | RADDON0010716 |
| 674 | 12/5/19 Email from Ryan Raddon to Loren Cronk re: Sacramento Selects | RADDON0010750 |
| 675 | Photo attachments for Exhibit #674 Email "Sacramento Selects" | RADDON0010751-RADDON0010793 |
| 676 | 11/12/19 Email from Ryan Raddon to Sam Metzger re: LA | RADDON0010814 |
| 677 | Photo attachments for Exhibit #676 Email "LA" | RADDON0010815-RADDON0010819 |
| 678 | Second 11/12/19 Email from Ryan Raddon to Sam Metzger re: LA | RADDON0010837 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | DESCRIPTION | BATES |
|---|---|---|
| 679 | Photo attachment for Exhibit #678 Email "LA" | RADDON0010838 |
| 680 | 11/25/19 Email from Ryan Raddon to Sean Guarino re KASKADE 2020 Live Show Rehearsal | RADDON0010968-RADDON0010972 |
| 681 | 1/16/20 Email chain from Sarah Rountree to Connor Morgan re: Kaskade Connecting | RADDON0010982-RADDON0010985 |
| 682 | Kaskade One Sheet attachment to Exhibit #681 Email | RADDON0010986 |
| 683 | 11/10/19 Email from Sarah Rountree re: UPDATE 11/10 Kaskade Show dated 2019 & 2020 | RADDON0010996-RADDON0011003 |
| 684 | 2/4/20 Email from UTA to Ryan Henderson re: Kaskade 2020 Confirmed Updates | RADDON0011011-RADDON0011013 |
| 685 | 2/6/20 Email from UTA to Ryan Henderson re: Kaskade 2020 Marketing & Confirmed Shows Grid | RADDON0011014-RADDON0011015 |
| 686 | 2/5/20 Email from Ryan Henderson to Jodi Call re: Kaskade | RADDON0011016 |
| 687 | Spreadsheet of Kaskade:2019 Confirmed Shows (UTA) | RADDON0011033_0001-RADDON0011033_0003 |
| 688 | Spreadsheet of Kaskade:2020 Confirmed Shows (UTA) | RADDON0011034_0001-RADDON0011034_0002 |
| 689 | 10/14/20 Email chain between UTA and TAO Group re: Kaskade @ TAO | RADDON011036-RADDON011042 |
| 690 | 10/14/20 Email chain between UTA and TAO Group re: Kaskade | RADDON0011043-RADDON0011046 |
| 691 | March 15, 2021 Nevada's Roadmap to Recovery (Transition Plan) | n/a |

(b)     As to the following exhibits, the party against whom the same will be offered

objects to their admission on the grounds stated:

(1) [Set forth the plaintiff's exhibits and objections to them.]

See below.

(2) [Set forth the defendant's exhibits and objections to them.]

See below.

(3)     **Joint Reservations**

In addition to the party-specific reservations described above, the

parties jointly agree to the following reservations of rights:

First, each party reserves the right to use an exhibit from another

party's exhibit list.

Second, the parties agree that the inclusion of an exhibit on one

party's list does not waive that party's right to object to the other party's use

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

of the same document. For example, Defendant might introduce a document that is a party admission by Plaintiff, but may object to Plaintiff's use of the same document.

Third, in addition to the exhibits identified on their respective exhibits lists, the parties reserve their respective rights to use demonstrative exhibits, aids, charts, graphs, and other presentations at trial. The parties shall exchange demonstrative exhibits on or before 60 days before trial.

(4)     **Objections**

The parties are continuing to meet and confer in good faith regarding their objections and stipulations to exhibits.  The parties will also meet and confer to remove duplicate exhibits prior to trial.  The parties' objections and stipulations are subject to the reservations below:

First, the parties reserve their respective rights to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists and/or in their respective Initial Disclosures and supplements thereto.

Second, the parties reserve their respective rights to object at trial to all photographic, demonstrative, and/or physical exhibits.

Third, by objecting to certain exhibits, the parties do not waive their respective rights to introduce the same exhibits at trial.  For example, certain exhibits on one party's list might be inadmissible hearsay if introduced by that party, but may be admissible as party admissions if offered against the other party.

Fourth, the parties reserve their respective rights to object to exhibits, including stipulated exhibits, that are not facially objectionable but are introduced in an objectionable manner at trial.

(c)    Electronic evidence: **None**

(d)    Depositions:

    (1)    Plaintiff will offer the following depositions:  **Not applicable.**

    (2)    Defendant will offer the following depositions:  **Not applicable.**

(e)    Objections to Depositions:

    (1)    Defendants object to plaintiff's depositions as follows:  **Not applicable.**

    (2)    Plaintiff objects to defendants' depositions as follows:  **Not applicable.**

## VIII.

The following witnesses may be called by the parties at trial:

(a)    Provide names and addresses of Plaintiffs' witnesses:

The following is a list of witnesses that Plaintiffs currently anticipate they may seek to call at trial in court.  Plaintiffs reserve the right to supplement or amend this list or call anyone from Defendant's list.

    1.    Ryan Raddon
        c/o Snell & Wilmer L.L.P.
        3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, NV 89169
        Telephone:  702-784-5200

    2.    Ryan Henderson
        c/o Snell & Wilmer L.L.P.
        3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, NV 89169
        Telephone:  702-784-5200

3.      Kevin Gimble
        United Talent Agency
        9336 Civic Center Drive
        Beverly Hills, CA 90210
        Telephone Unknown

4.      Jeffrey Welch
        FP Holdings, L.P.
        c/o Campbell & Williams
        710 South Seventh Street
        Las Vegas, NV 89101
        Telephone:  702-382-5222

5.      Ed Shapiro
        c/o Reed Smith LLP
        599 Lexington Avenue, 22nd Floor
        New York, NY 10022
        Telephone: (212) 521-5400

6.      Noah Tepperberg
        101 West 12th Street
        New York, NY 10011
        (212) 645-4494

(b)     Provide names and addresses of Defendant's witnesses:

The following is a list of witnesses that Defendant currently anticipates it may seek to call at trial in court.  Defendant reserves the right to supplement or amend this list or call anyone from Plaintiff's list.

1.      Ryan Raddon
        c/o Snell & Wilmer L.L.P.
        3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, NV 89169
        Telephone:  702-784-5200

2.      FRCP 30(b)(6) Witness for Big City Dynasty Corp.
        c/o Snell & Wilmer L.L.P.
        3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, NV 89169
        Telephone:  702-784-5200

3.      Jeffrey Welch
        FP Holdings, L.P.
        c/o Campbell & Williams
        710 South Seventh Street
        Las Vegas, NV 89101
        Telephone:  702-382-5222

4. Stephen Cootey
 FP Holdings, L.P.
 c/o Campbell & Williams
 710 South Seventh Street
 Las Vegas, NV 89101
 Telephone:  702-382-5222

5. FRCP 30(b)(6) Witness for FP Holdings, L.P.
 c/o Campbell & Williams
 710 South Seventh Street
 Las Vegas, NV 89101
 Telephone:  702-382-5222

All parties reserve the right to object to any witnesses who were not sufficiently identified in their respective Initial Disclosures or supplements thereto.

### IX.

The attorneys or parties have met and jointly offer these three trial dates:

Dates: November 15–19, 2021; December 6–10, 2021; December 13–17, 2021.

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

### X.

It is estimated that the Court trial herein will take a total of 5 trial days.

### XI.

There are no pending motions in limine, but the parties reserve their rights to file the same consistent with LR II 16-3(a).

**APPROVED AS TO FORM AND CONTENT.**

Dated:  July 23, 2021                          Dated:  July 23, 2021

    SNELL & WILMER L.L.P.                       CAMPBELL & WILLIAMS

By: */s/ Aleem A. Dhalla*                  By: */s/ J. Colby Williams*
    Alex L. Fugazzi, Esq. (Nevada Bar #9022)       Donald J. Campbell, Esq. (1216)
    Aleem A. Dhalla, Esq. (Nevada Bar #14188)      J. Colby Williams, Esq. (5549)
    3883 Howard Hughes Parkway, Suite 1100         Philip R. Erwin, Esq. (11563)
    Las Vegas, Nevada 89169                        Samuel R. Mirkovich, Esq. (11662)
                                                   710 South Seventh Street
    REED SMITH LLP                                 Las Vegas, Nevada 89101
    Jordan W. Siev, Esq. (*Pro Hac Vice*)
    John P. Kennedy, Esq. (*Pro Hac Vice*)     *Attorneys for Defendant*
    599 Lexington Avenue, 22nd Floor           *FP Holdings, L.P.*
    New York, NY 10022

    *Attorneys for Plaintiffs*

## XI.

## ACTION BY THE COURT

This case is set down for court trial on November 15, 2021, at 9:00 a.m. Calendar call shall be held on November 9, 2021, at 8:45 a.m. by videoconference. This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon, and the order is hereby entered and will govern the trial of this case. This order may not be amended except by court order and based upon the parties' agreement or to prevent manifest injustice.

DATED: <u>August 3</u>, 2021

_____
                                    United States District Judge

NOTICE: Due to the unusually large number of complex criminal cases set for lengthy trials before this Court, civil trials may possibly be held in a trailing status for months or be assigned to another District Court Judge for trial. Therefore, the Court strongly urges the parties to consider their option to proceed before a Magistrate Judge pursuant to Local Rule IB 2-2, in accordance with 28 USC Section 636 and FRCP 73.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200