# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BIG CITY DYNASTY CORP., et al.,<br>    Plaintiff(s),<br>v.<br>FP HOLDINGS, L.P.,<br>    Defendant(s). | Case No. 2:19-cv-02078-APG-NJK<br><br>**Order**<br><br>[Docket No. 78] |

Pending before the Court is the stipulation to reschedule the settlement conference. Docket No. 78. For good cause shown, the stipulation is **GRANTED** and the settlement conference is **CONTINUED** to 1:00 p.m. on October 7, 2021. Settlement statements must be submitted by 3:00 p.m. on September 30, 2021.

IT IS SO ORDERED.

Dated: August 6, 2021

_____
Nancy J. Koppe
United States Magistrate Judge