# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BIG CITY DYNASTY CORP., et al., | Case No.: 2:19-cv-02078-APG-NJK |
| Plaintiffs, | **Order** |
| v. | |
| FP HOLDINGS, L.P., | |
| Defendant. | |

Due to conflicting duties of the Court, the Settlement Conference currently set for October 7, 2021, is **ADVANCED** to **October 5, 2021, at 10:00 a.m**. The parties' settlement statements shall be submitted to the undersigned's box in the Clerk's Office no later than 3:00 p.m. on September 28, 2021.  All other aspects of the Court's order at Docket No. 77 continue to govern.

IT IS SO ORDERED.

Dated: August 31, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE