AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

BIG CITY DYNASTY CORP. and RYAN RADDON,

              Plaintiffs,

    v.

FP HOLDINGS, L.P.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-02078-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of plaintiffs Ryan Raddon and Big City Dynasty Corp. and against defendant FP Holdings, L.P. in the amount of $7,950,000.

 

3/18/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk